J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No. 5382
EMILY GUBLER CLARK, ESQ.
State Bar No. 10547
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants Countrywide Homes Loans, Inc. and BAC Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| YVETTE WEINSTEIN, CHAPTER 7 TRUSTEE OF THE ARIEL JAIME BANKRUPTCY ESTATE,<br>(Re: 8528 Caladium Court)<br><br>Plaintiff,<br><br>vs.<br><br>HOME AMERICAN MORTGAGE CORPORATION, Foreign Corporation; COUNTRYWIDE HOME LOANS, INC., Foreign Corporation; BAC HOME LOANS SERVICING, LP, Foreign Limited Partnership, et al.,<br><br>Defendants. | Case: 2:10-cv-01552-JCM-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A), by and between plaintiff Yvette Weinstein, Chapter 7 Trustee of the Ariel Jaime Bankruptcy Estate, and defendants Home American Mortgage Corporation, Countrywide Home Loans, Inc. and BAC Home Loans Servicing, LP, by and through their undersigned counsel, that this case shall be dismissed, with prejudice, in its entirety as against all defendants, with each party to bear her/its own fees and costs.

///

///

///

Further, no trial date is presently set and all pending motions and hearings are hereby vacated.

DATED this 14th day of January, 2011.

| HALL JAFFE & CLAYTON, LLP | LEWIS AND ROCA LLP |
|---|---|
| By: /s/ Jacob S. Smith<br>    MICHAEL R. HALL<br>    Nevada Bar No. 5978<br>    STEVEN T. JAFFE<br>    Nevada Bar No. 7035<br>    JACOB S. SMITH<br>    Nevada Bar No. 10231<br>    7455 West Washington Avenue, Suite 460<br>    Las Vegas, Nevada 89128<br>    *Attorneys for Plaintiff* | By: /s/ Emily G. Clark<br>    J. CHRISTOPHER JORGENSEN, ESQ.<br>    Nevada Bar No. 5382<br>    EMILY GUBLER CLARK, ESQ.<br>    Nevada Bar No. 10547<br>    3993 Howard Hughes Pkwy., Ste. 600<br>    Las Vegas, NV  89169<br>    *Attorneys for Defendants Countrywide Home Loans, Inc. and BAC Home Loans Servicing, LP* |

WOOD SMITH HENNING & BERMAN LLP

By: /s/ Tod D. Dubow
    JOEL D. ODOU, ESQ.
    Nevada Bar No. 7468
    TOD R. DUBOW
    Nevada Bar No. 7323
    JANICE M. MICHAELS
    Nevada Bar No. 6062
    7670 W. Lake Mead Blvd., Suite 250
    Las Vegas, NV 89128
    *Attorneys for Defendant Home American Mortgage Corporation*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
DATED: January 24, 2011